IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RICHARD WATSON,**

    **Plaintiff,**

v.

**COACHMEN RECREATIONAL
VEHICLE COMPANY, LLC,**

    **Defendant.**                                               Case No. 05-CV-524-DRH

## ORDER

**HERNDON, District Judge:**

        This Order addresses a Motion to Continue Trial (Doc.33), filed by the parties. As initially set by the Court, the presumptive trial month for this matter is September, 2006 (Doc. 11). Per the Scheduling Order (Doc. 11), the discovery deadline was May 9, 2006, with a dispositive motion filing deadline of May 24, 2006. In the Motion to Continue, the parties request a continuance to reschedule the presumptive trial month for sometime in 2007, explaining that "further discovery is necessary in this case to properly prepare . . . [as] key witnesses in this case are scattered throughout the Midwest and scheduling the depositions of the same has been difficult" (Doc. 33).

        The Court notes that because the parties have expressed a need for further discovery, an amendment to certain deadlines is also required. Therefore, the Court hereby **GRANTS** the Motion to Continue (Doc. 33). Accordingly, the presumptive trial month for this case is reset for **April, 2007**. As such, the amended

**discovery cutoff** is now **December 7, 2006**, and the **dispositive motion** filing cutoff is now **December 22, 2006.**

The settlement conference of July 17, 2006 remains unchanged, as does the settlement statement due date (*see* Doc. 11). If the parties wish to reschedule these as well, they should file the appropriate motion(s) or coordinate this with Magistrate Judge Proud.

**IT IS SO ORDERED.**

Signed this 12th day of May, 2006.

/s/      David   RHerndon
**United States District Judge**