IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RICHARD WATSON,**

    **Plaintiff,**

**v.**

**COACHMEN RECREATIONAL**
**VEHICLE COMPANY, LLC,**

    **Defendant.**                            Case No. 05-CV-524-DRH

## ORDER

**HERNDON, District Judge:**

    Before the Court is a Stipulation of Dismissal (Doc. 41) filed by the parties subsequent to the Court's entry of the 60-day Order of Dismissal (Doc. 40). Therefore, the Court **ACKNOWLEDGES** the parties' stipulation and hereby **ORDERS** Plaintiff's claims against Defendant in this matter be **DISMISSED WITH PREJUDICE**, each party to bear its own costs. The Clerk is directed to close the file.

    **IT IS SO ORDERED.**

    Signed this 20th day of April, 2007.

                                                          /s/        David   RHerndon
                                                    **United States District Judge**