IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RICHARD WATSON,**

    **Plaintiff,**

    **vs.**                                Cause No.  05-CV-524 DRH

**COACHMEN RECREATIONAL
VEHICLE COMPANY,**

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.---------------------------------------------------------------------------

                                            **NORBERT G. JAWORSKI, CLERK**

April 20, 2007                                By:   s/Patricia Brown
                                                                  Deputy Clerk

APPROVED:  /s/     David   RHerndon
                     **U.S. DISTRICT JUDGE**